```
                                          ABC PROCESS SERVICE, INC.
                                          Attorney:
                                          MCDERMOTT & RADZIK, LLP
                                          Index No. 07CIV8300
                                          Date Filed  /  /
                                          Office No. DM64-07-860
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

I. LEHRHOFF AND CO., INC.,

                against              (PLAINTIFF)

M/V "BAO ZHONG 68", HER ENGINES, BOILERS, ETC., ETAL;  (DEFENDANT)

_____
STATE OF NEW YORK, COUNTY OF NEW YORK    SS:

AZZAM ABDERRAHMAN being duly sworn, deposes and says that he is over the age of 18 years, not a party to the action, and resides in the State of New York:
That on the 24 day of October 2007 at 9:58 AM, at

177-25 ROCKAWAY BLVD. #218; JAMAICA, NY 11434
he served the annexed SUMMONS IN A CIVIL CASE & VERIFIED COMPLAINT upon DYNAMIC NETWORK CONTAINER LINE LTD. c/o FORD POINTER SHIPPING (N.Y., INC) in this action, by
delivering to and leaving with said MS. YAN, MANAGING AGENT a true copy thereof. Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

Sex FEMALE, Color YELLOW, Hair BLACK, app.age 35 YRS, app.ht 5'2", app.wt 130 LBS

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be the Corporation mentioned and described in the said SUMMONS IN A CIVIL CASE & VERIFIED COMPLAINT.

SWORN to before me this 29
day of October 2007

                              AZZAM ABDERRAHMAN
                              License No.: 0820996  :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2011