USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

I. LEHRHOFF AND CO., INC.,

        Plaintiff,

  -against-                          **VOLUNTARY DISMISSAL**

M/V "BAO ZHONG 68", her engines, boilers, etc.,    07 CIV 8300 (PKL)

  -and against-

EVERGREEN MARINE CORPORATION and
DYNAMIC NETWORK CONTAINER LINE, LTD.

        Defendants.

-----------------------------------------------------------X

The above-entitled action having been settled in the amount of $3,000.00 and their having been no appearance on behalf of defendant, NOW

On the annexed consent and on motion of McDERMOTT & RADZIK, LLP., attorneys for plaintiff, it is Stipulated,

That this action be and the same is hereby voluntarily discontinued, with prejudice without costs to any party as against any other party, without prejudice to reopen if funds are not received within 60 days from the date of this Order and pursuant to F.R.C.P. 41(a)(1).

Dated: New York, New York
       November 28, 2007

SO ORDERED:

_____
U.S.D.J.

**CONSENT:**

Consent is hereby given to the entry of the foregoing Order.

Dated: New York, New York
November 28, 2007

                                      McDERMOTT & RADZIK, LLP
                                      Attorneys for Plaintiff

By: _____
                                      William R. Connor III
                                      Wall Street Plaza
                                      88 Pine Street
                                      New York, New York 10005
                                      212-376-6400